| | |
|---|---|
| DONGXIAO YUE<br>277 ALVARADO ST., SUITE C<br>SAN LEANDRO, CA 94577<br>Telephone:  (510) 396-0012<br>Facsimile:  (510) 291-2237<br>E-Mail: ydx@netbula.com<br><br>Plaintiff, *pro se* | JEDEDIAH WAKEFIELD (CSB No. 178058)<br>jwakefield@fenwick.com<br>LIWEN A. MAH (CSB No. 239033)<br>lmah@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:  415.875.2300<br>Facsimile:  415.281.1350<br><br>ARMEN N. NERCESSIAN (CSB No. 284906)<br>anercessian@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Telephone:  650.988.8500<br>Facsimile:  650.938.5200<br><br>Attorneys for Defendant<br>MSC.SOFTWARE CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>    Plaintiff,<br><br>  v.<br><br>MSC SOFTWARE CORP.,<br><br>    Defendant. | Case No.: 15-cv-5526-PJH (JCS)<br><br>**STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE**<br><br>Judge:  Honorable Phyllis J. Hamilton |

WHEREAS the parties to this action have participated in a mediation and reached a settlement whereby Plaintiff shall receive valuable consideration, it is hereby stipulated and agreed, by and between Plaintiff Dongxiao Yue, and Defendant MSC Software Corporation, pursuant to Fed. R. Civ. P. 41(a), that all claims in this action are hereby dismissed with prejudice.  Each party is to bear its own costs, expenses and attorneys' fees.

STIPULATION OF DISMISSAL OF CLAIMS      1      CASE NO. 15-5526-PJH (JCS)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 21, 2016 | By: */s/ Donggxiao Yue* |
| 3 | | Dongxiao Yue |
| 4 | | Plaintiff, *pro se* |
| 5 | | |
| 6 | Dated: September 22, 2016 | FENWICK & WEST LLP |
| 7 | | By: */s/ Jedediah Wakefield* |
| | | Jedediah Wakefield |
| 8 | | Attorneys for Defendant MSC.SOFTWARE CORPORATION |

**ATTESTATION REGARDING CONCURRENCE**

I, Jedediah Wakefield, am the ECF User whose ID and password are being used to file this Stipulation of Dismissal of Claims.  In compliance with Local Rule 5-1, I attest that Dongxiao Yue, the other signatory whose e-signature appears above, has concurred with this filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 22nd day of September, 2016 at San Francisco, California.

*/s/  Jedediah Wakefield*
Jedediah Wakefield