# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Yue,<br><br>                  Plaintiff(s),<br>v.<br>MSC Software Corporation,<br>                  Defendant(s). | No. C 15-05526 PJH MED<br><br>**Certification of ADR Session** |

**Instructions:** The neutral shall submit this Certification to the ADR unit within 14 days after completing an ADR Session even if the ADR process continues.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __2016-9-21__

2. Did the case settle?

   ☒ Yes, fully.

   ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)

   ☐ Yes, partially, and further facilitated discussions are *not* expected.

   ☐ No, and further facilitated discussions are expected. (see no. 3, below)

   ☐ No, and further facilitated discussions are *not* expected.

3. If further facilitated discussions are expected, by what date will you check in with the parties? _____

4. IS THIS ADR PROCESS COMPLETE?   ☒ YES    ☐ NO

Dated: __2016-9-23__         _____
                             **Mediator**, Robert B. Morrill
                             Independent Arbitrator and Mediator
                             576 Greenwich Street
                             San Francisco, CA 94133

450 GOLDEN GATE AVENUE ■ SAN FRANCISCO, CA 94102 ■ Tel: (415) 522-2199 ■ Fax: (415) 522-4112
www.cand.uscourts.gov/adr